# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2018

Stephen J. Markman,
Chief Justice

155953 & (67)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

FREDERICK KYLE YOUNG,
     Defendant-Appellant.

SC: 155953
COA: 330135
Wayne CC: 15-001601-FC

_____/

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the April 20, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s1017

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



Clerk